[Criminal No. 108.]

THE TERRITORY OF ARIZONA, Respondent, v. FRANS OSCAR TORREN, Appellant.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. O. T. Rouse, Judge.

Blenman & Davis, E. J. Edwards (of Counsel), for Appellant.

Thomas D. Satterwhite, Attorney-General, F. M. Doan, Frank Cox, and W. R. Stone, for Respondent.

June 22, 1896. Affirmed.

---

[Criminal No. 113.]

WILLIAM SCHULTZ et al., Appellants, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. J. Hawkins, Judge.

R. E. Sloan, for Appellants.

John F. Wilson, Attorney-General, and R. E. Morrison, for Respondent.

October 1, 1896. Reversed.

---

[Civil No. 509.]

THE NEW YORK LIFE INSURANCE COMPANY, Appellant, v. LENA PEREZ, Administratrix, et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Apache. John J. Hawkins, Judge.

J. F. Wilson, for Appellant.

Herndon & Norris, for Appellees.

October 1, 1896. Reversed.